THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON ANDERSON SAEVIK,<br><br>  Plaintiff,<br>   v.<br><br>SWEDISH MEDICAL CENTER and REBECCA DAY, individually and as Clinic Operations Manager of its Organ Transplant and Liver Center,<br><br>  Defendants. | CASE NO. C19-1992-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and pretrial deadlines (Dkt. No. 23). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS as follows:

1. Trial is hereby CONTINUED to August 16, 2021, at 9:00 a.m.;

2. The pretrial conference will be held on July 1, 2021, at 8:30 a.m.;

3. Trial briefs, proposed *voir dire*, and jury instructions must be filed no later than June 29, 2021;

4. The agreed pretrial order must be filed no later than June 26, 2021;

MINUTE ORDER
C19-1992-JCC
PAGE - 1

5. Motions *in limine* must be filed no later than June 11, 2021;

6. Rule 391. mediation must be held no later than June 14, 2021, and the parties must file their letter of compliance as to Rule 39.1 no later than June 18, 2021;

7. A Rule 39.1 settlement conference must be held no later than May 18, 2021;

8. Dispositive motions must be filed no later than April 19, 2021;

9. The discovery cutoff is set for March 15, 2021; and

10. All motions related to discovery must be filed no later than February 25, 2021.

DATED this 17th day of August 2020.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk