THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON ANDERSON SAEVIK, <br><br> Plaintiff, <br><br> v. <br><br> SWEDISH MEDICAL CENTER and REBECCA DAY, individually and as Clinic Operations Manager of its Organ Transplant and Liver Center, <br><br> Defendants. | CASE NO. C19-1992-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to further modify trial and pretrial dates (Dkt. No. 29). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS the trial date and pretrial deadlines to be continued as follows:

//

//

//

//

MINUTE ORDER
C19-1992-JCC
PAGE - 1

| CASE EVENT | NEW DATE |
|---|---|
| All motions related to discovery must be FILED by | May 20, 2021 |
| Discovery COMPLETED by | June 7, 2021 |
| All Dispositive Motions must be FILED by | July 16, 2021 |
| Settlement conference per Rule 39.1 HELD no later than | August 9, 2021 |
| Mediation per Rule 39.1 HELD no later than | September 10, 2021 |
| Letter of Compliance as to Rule 39.1 FILED by | September 17, 2021 |
| Motions *in Limine* should be FILED by | September 17, 2021 |
| Agreed pretrial order filed with the Court by | October 1, 2021 |
| Trial briefs, Proposed *Voir Dire* & Jury Instructions due | October 5, 2021 |
| Pretrial Conference will be HELD **at 8:30 a.m.** | October 7, 2021 |
| EIGHT DAY TRIAL set for **9:00 a.m.** | October 25, 2021 |

DATED this 23rd day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
