Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHANNON ANDERSON SAEVIK,<br><br>    Plaintiff,<br><br>v.<br><br>SWEDISH MEDICAL CENTER and REBECCA DAY, individually and as Clinic Operations Manager of its Organ Transplant and Liver Center,<br><br>    Defendants. | NO. 19-cv-01992<br><br>**NOTICE OF UNAVAILABILITY** |

TO:     ALL PARTIES AND THEIR ATTORNEYS:

Please take notice that Judith A. Lonnquist, attorney for Plaintiff in the above captioned matter, will be absent from the office during the period from April 12, 2021 to April 22, 2021 and from May 3, 2021 to May 14, 2021.

Any and all action taken in regards to this case should be scheduled, delayed and/or deferred accordingly. Your cooperation and professional courtesy is requested.

NOTICE OF UNAVAILABILITY
19-cv-01992 - Page 1

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165

1
2  Dated this 15th day of March, 2021.
3
4                  LAW OFFICES OF
                JUDITH A. LONNQUIST, P.S.
5
6                  Judith A. Lonnquist, WSBA #06421
7                  Benjamin R. Phillips, WSBA #53604
                Attorneys for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF UNAVAILABILITY- Page 2
No. 3:17-cv-05522

Honorable John C. Coughenour

## CERTIFICATE OF SERVICE

I, hereby declare under penalty of perjury under the laws of the State of Washington and the United States that, on the date below, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| Party | Method of Service |
|---|---|
| Davis Wright Termaine<br>Katie Rosen WSBA #29465<br>Kristina Markosova, WSBA #47924<br>920 Fifth Avenue; Suite 3300<br>Seattle, WA 98104-1610<br>206.622.3150<br>katierosen@dwt.com<br>kristinamarkosova@dwt.com | ☐ Hand Delivery<br>☐ Legal Messenger<br>☐ Regular Mail<br>☐ E-Mail<br>☒ E-Service by court |
| Davis Wright Termaine<br>Paula L. Lehmann, WSBA #20678<br>929 108th Avenue NE, Ste. 1500<br>Bellevue, WA 98004-4786<br>P: (425) 646-6100<br>paulalehmann@dwt.com | ☐ Hand Delivery<br>☐ Legal Messenger<br>☐ Regular Mail<br>☐ E-Mail<br>☒ E-Service by court |

Dated: March 15, 2021

*Kristin LeClaire*

NOTICE OF UNAVAILABILITY
19-cv-01992 - Page 3

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165