THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON ANDERSON SAEVIK,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH MEDICAL CENTER and REBECCA DAY, individually and as Clinic Operations Manager of its Organ Transplant and Live Center,<br><br>Defendants. | CASE NO. C19-1992-JCC<br><br>ORDER |

This matter comes before the Court on the parties' letter briefs regarding the scope of a topic for the Rule 30(b)(6) deposition of a Swedish Medical Center ("Swedish") representative (Dkt. Nos. 52, 53). The parties submitted their briefs based on the Court's order to meet and confer regarding temporal and substantive limitations to the topic and submit letter briefs if they were unable to come to an agreement. (*See* Dkt. No. 50.)

The Court FINDS that Swedish's proposal is most consistent with Rule 30(b)(6)'s relevancy and proportionality requirements. Accordingly, the parties are ORDERED to limit the scope of Topic 12 to the following: **Formal complaints, lawsuits or investigations into/about claims that are the same or similar to those Ms. Saevik has brought in her lawsuit at Swedish's First Hill or Cherry Hill locations from January 1, 2015 to present.**

ORDER
C19-1992-JCC
PAGE - 1

1  DATED this 23rd day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE