THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON ANDERSON SAEVIK, | CASE NO. C19-1992-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SWEDISH MEDICAL CENTER and REBECCA DAY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to compel production of documents pursuant to Plaintiff's Subpoena *Duces Tecum* (Dkt. No. 68.) Since the motion was filed, the parties agree that production has taken place. (*See* Dkt. Nos. 80, 85.) But, according to Plaintiff, production is not complete. (*Id.*). Because production occurred after Plaintiff filed her motion, the relevant issues have not been briefed. Accordingly, the parties are ORDERED to provide the Court with supplemental briefing addressing (a) the adequacy of Sedgewick's response to the Subpoena *Duces Tecum*, (Dkt. No. 69-4 at 6–10), and (b) what obligation Defendants have, if any, to facilitate Sedgewick's further production, given the fact that Sedgewick is not a party to this suit. The parties should also address the impact of the September

MINUTE ORDER
C19-1992-JCC
PAGE - 1

26, 2021 discovery cut-off date to the relief Plaintiff seeks. Briefs must be limited to seven (7) double-spaced pages, excluding certificates of service, and must be filed no later than November 1, 2021.

      The Clerk is DIRECTED to renote Plaintiff's motion to compel (Dkt. No. 68) to November 1, 2021.

      DATED this 26th day of October 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk