THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON ANDERSON SAEVIK, | CASE NO. C19-1992-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SWEDISH MEDICAL CENTER and REBECCA DAY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' supplemental briefing (Dkt. Nos. 98, 100) for Plaintiff's motion to compel production of documents pursuant to Plaintiff's Subpoena *Duces Tecum* (Dkt. No. 68.) Based on this briefing, the Court concludes that a brief stay of Plaintiff's motion is in order while Plaintiff continues to work with Sedgewick for documents responsive to its Subpoena *Duces Tecum.*

Accordingly, the parties are ORDERED to provide the Court with a joint report not exceeding two pages addressing the status of production from Sedgewick no later than November 12, 2021. No argument regarding issues other than the adequacy of Sedgewick's production should be included in this report. The Clerk is DIRECTED to renote Plaintiff's

MINUTE ORDER
C19-1992-JCC
PAGE - 1

motion to compel (Dkt. No. 68) to November 12, 2021.

DATED this 2nd day of November 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk