THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON ANDERSON SAEVIK,<br><br>    Plaintiff,<br><br> v.<br><br>SWEDISH MEDICAL CENTER and REBECCA DAY,<br><br>    Defendants. | CASE NO. C19-1992-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 105). The parties issued the report to apprise the Court on the status of Sedgwick's response to Plaintiff's Subpoena *Duces Tecum.* (*See* Dkt. No. 102.) Based on the report, the Court concludes that an additional stay of Plaintiff's motion to compel (Dkt. No. 68) is warranted.

Accordingly, the parties are ORDERED to provide the Court with a joint report not exceeding two pages regarding the status of production from Sedgewick no later than December 1, 2021. No argument regarding issues other than the adequacy of Sedgewick's production should be included in this report. The Clerk is DIRECTED to renote Plaintiff's motion to compel (Dkt. No. 68) to December 1, 2021.

MINUTE ORDER
C19-1992-JCC
PAGE - 1

DATED this 15th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk