THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SHANNON ANDERSON SAEVIK, | CASE NO. C19-1992-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SWEDISH MEDICAL CENTER and REBECCA DAY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to compel the deposition of Marlene McAninch (Dkt. No. 103). Plaintiff moved to compel Ms. McAninch's deposition after she failed to appear as noticed. (*Id.* at 2.) But it is uncontroverted that Defendant Swedish Medical Center informed Plaintiff that Ms. McAninch is no longer a manager at Swedish and, as such, a subpoena is required for her appearance. (*See* Dkt. Nos. 104-1 at 5, 123-1 at 6.) Yet Plaintiff provides the Court with no indication that she ever served Ms. McAninch. (*See generally* Dkt. No. 103.) Nor has Plaintiff certified to the Court that she satisfied the Rule 37 meet-and-confer requirements prior to submitting her motion. (*Id.*) Either provides the Court a basis to DENY Plaintiff's motion.

MINUTE ORDER
C19-1992-JCC
PAGE - 1

DATED this 29th day of November 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk
